# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| **Joshua Jerome Scott,** *Plaintiff* | § § § § § § § § | |
| **v.** | | **Case No. 1:25-cv-01930-ADA-SH** |
| **Southside Wrecker, Inc. and William Saavedra,** *Defendants* | | |

## ORDER

Plaintiff Joshua Jerome Scott attempted to file a complaint in this Court on November 24, 2025 but neither paid the applicable $405 filing fee nor filed an application to proceed *in forma pauperis*. Dkt. 1.[1]

Plaintiff is **ORDERED** to submit either the filing fee of $405 or a completed application to proceed *in forma* pauperis and financial affidavit in full[2] by **April 3, 2026**.

Failure to comply with the Court's Order by the deadline will result in the dismissal of this case for want of prosecution and failure to comply with a court order under Rule 41(b).

**SIGNED** on March 19, 2026.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

---

[1] The District Court referred to this Magistrate Judge all non-dispositive pretrial matters for disposition and all case-dispositive motions for findings and recommendations, pursuant to 28 U.S.C. § 636(b)(1), Federal Rule of Civil Procedure 72, Rule 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, and Judge Alan D Albright's Standing Order on referrals to United States Magistrate Judges. Dkt. 2.

[2] The motion to proceed in forma pauperis is available on this Court's website at https://www.txwd.uscourts.gov/filing-without-an-attorney/pro-se-manual/.

1