# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

|  |  |  |
|---|---|---|
| **Joshua Jerome Scott,** | § | |
| *Plaintiff* | § | |
| | § | |
| **v.** | § | **Case No. 1:25-cv-01930-ADA-SH** |
| | § | |
| | § | |
| **Southside Wrecker, Inc. and** | § | |
| **William Saavedra,** | § | |
| *Defendants* | § | |

## REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

**TO:    THE HONORABLE ALAN D ALBRIGHT**
**UNITED STATES DISTRICT JUDGE**

Plaintiff Joshua Jerome Scott, proceeding *pro se*, attempted to file a Complaint on November 24, 2025, but neither paid the required $405 filing fee nor filed an application to proceed *in forma pauperis*. Dkt. 1.[1]

On March 19, 2026, the Court ordered Plaintiff to either submit the filing fee or apply to proceed *in forma pauperis* by April 3, 2026. Dkt. 3. The Court also warned Plaintiff that failure to comply with the Order could result in "dismissal of this case for want of prosecution and failure to comply with a court order under Rule 41(b)." *Id.* Plaintiff has submitted neither the filing fee nor an application to proceed *in forma pauperis*.

A district court may dismiss an action *sua sponte* for failure to prosecute or to comply with any court order under Rule 41(b). *Griggs v. S.G.E. Mgmt., LLC*, 905 F.3d 835, 844 (5th Cir. 2018).

---

[1] The District Court referred to this Magistrate Judge all non-dispositive pretrial matters for disposition and all case-dispositive motions for findings and recommendations, pursuant to 28 U.S.C. § 636(b)(1), Federal Rule of Civil Procedure 72, Rule 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, and Judge Alan D Albright's Standing Order on referrals to United States Magistrate Judges. Dkt. 2.

1

Because Plaintiff did not comply with the Court's Order and has failed to prosecute this case, this Magistrate Judge recommends that the case be dismissed.

## I.    Recommendation

This Magistrate Judge **RECOMMENDS** that the District Court **DISMISS** this case without prejudice under Rule 41(b).

It is **ORDERED** that the Clerk **REMOVE** this case from the Magistrate Court's docket and **RETURN** it to the docket of the Honorable Alan D Albright.

## II.    Warnings

The parties may file objections to this Report and Recommendation. A party filing objections must specifically identify those findings or recommendations to which objections are being made. The District Court need not consider frivolous, conclusive, or general objections. *See Battle v. United States Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987). A party's failure to file written objections to the proposed findings and recommendations contained in this Report within fourteen (14) days after the party is served with a copy of the Report shall bar that party from de novo review by the District Court of the proposed findings and recommendations in the Report and, except on grounds of plain error, shall bar the party from appellate review of unobjected-to proposed factual findings and legal conclusions accepted by the District Court. *See* 28 U.S.C. § 636(b)(1); *Thomas v. Arn*, 474 U.S. 140, 150-53 (1985); *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1428-29 (5th Cir. 1996) (en banc).

**SIGNED** on April 8, 2026.

_____

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

2